UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW ROBERT DESCAMPS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WASHINGTON and EAST DIST WA US ATTORNEY<br><br>Defendants. | NO: 2:15-CV-00194-SMJ<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION |

Before the Court is Magistrate Judge Hutton's December 4, 2015 Report and Recommendation, ECF No. 7, recommending that Mr. Descamps' civil rights action be dismissed for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915. No objections have been filed.

After reviewing the Report and Recommendation and relevant authorities, the Court finds that Magistrate Judge Hutton's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 1

Therefore, **IT IS HEREBY ORDERED:**

1. The Report and Recommendation, ECF No. 7, is **ADOPTED** in its entirety.

2. This action is **DISMISSED without prejudice.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 30th day of December 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 2