AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MATTHEW ROBERT DESCAMPS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WASHINGTON and EAST DIST WA US ATTORNEY | ) ) ) |
| *Defendant* |  |

Civil Action No.  2:15-CV-0194-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   This action is dismissed without prejudice pursuant to the Order Adopting Report and Recommendation and Dismissing Action entered December 30, 2015, ECF No. 8.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Salvador Mendoza, Jr.

Date:  12/30/2015

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas

*(By) Deputy Clerk*

Cora Vargas